# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6270-BSS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Lazaro Rodriguez
    Defendant.

11-21-00

**ORDER ON INITIAL APPEARANCE**

Language _English_
Tape No _00-091_
AUSA _Mitrani_ /Roger Stefin
Agent _____

The above-named defendant having been arrested on _11-21-00_, having appeared before the court for initial appearance on _11-21-00_ and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon

ORDERED as follows:

1. _Will try to hire an atty_ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _IRC_ _11-24-00_, 20 ___.

4. Arraignment/Preliminary/R~~emoval/Identity~~ hearing is set for _12-1-00_, 20 ___.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing, pursuant to 18 U.S.C. 3142 (f), is set for _11-27-00_ _10:00am_.

6. The defendant shall be released from custody upon posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142:
   _PTD Requested_

This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

____ b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in person; other _____

____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

____ d. Maintain or actively seek full-time gainful employment.

____ e. Maintain or begin an educational program.

____ f. Avoid all contact with victims of or witnesses to the crimes charged.

____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

____ h. Comply with the following curfew: _____

SDFM-1
Rev 01/00

    ____ i. Comply with the following additional special conditions of this bond: _____

    This bond was set :   At Arrest   _____

                               On Warrant   _____

                               After Hearing   _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

____ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357. F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    DONE AND ORDERED at Ft. Lauderdale this 21 day of November, 20 00.

                                                                     UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
   WHITE to Court file
   BLUE to defendant
   GREEN to Assistant U.S. Attorney
   YELLOW to Counsel
   PINK to U.S. Marshal
   GOLD to Pretrial Services

SD-FM-I
Rev 01/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4266-LSS

UNITED STATES OF AMERICA,
Plaintiff.

v.

Margot George
Defendant.

11-20-00
FTL

ORDER ON INITIAL APPEARANCE
Language __English__
Tape No. __60-090__
AUSA __Mitrani__
Agent __Customs__

The above-named defendant having been arrested on __11-18-00__, having appeared before the court for initial appearance on __11-20-00__ and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record
   Address: _____
   Zip Code: _____ Telephone: _____

2. __Federal Public Defender (Farnsworth)__ appointed as permanent counsel of record
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____, 20 ___.

4. Arraignment/Preliminary/Removal/Identity/Hearing is set for __11-30-00__, 20 ___.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____
   A detention hearing, pursuant to 18 U.S.C. 3142 (f), is set for _____, 20 ___.

6. The defendant shall be released from custody upon posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142:
   2nd Requested __$25,000 Corp + $100,000 PSB__

This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

____ b. Report to Pretrial Services as follows: ____ times a week by phone ____ times a week in person, other _____

____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

____ d. Maintain or actively seek full-time gainful employment.

____ e. Maintain or begin an educational program.

____ f. Avoid all contact with victims of or witnesses to the crimes charged.

____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

____ h. Comply with the following curfew: _____

- 1 -

SD/FM-1
Rev 01/00

____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set : At Arrest  _____

On Warrant   _____

After Hearing  _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at  Ft. Lauderdale this  20  day of  November , 20 00 .

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services