**DEFT:** Lazaro Rodriguez (J)#  **CASE NO:** 00-4270-BSS
**AUSA:** Bertha Mitrani Stefin  **ATTNY:**
**AGENT:**  **VIOL:**
**PROCEEDING:** Initial Appearance  **BOND REC:** PTD

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

____ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ X's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
____ Electronic Monitoring

A- advised of charges
May try to hire an atty.
(A- has immigration hold)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 11-24-00 | 11:00am | BSS ✓ |
| PTD/BOND HEARING: | 11-27-00 | 10:00am | BSS ✓ |
| PRELIM/ARRAIGN. or REMOVAL: | 12-1-00 | 11:00am | BSS ✓ |
| STATUS CONFERENCE: | | | |

DATE: 11-21-00   TIME: 11:00am   TAPE # 00-091  PG # 5
2944 - 3158

## COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Margot George (J)# | CASE NO: | 00-4266-BSS |
| AUSA: | Bertha Mitrani *present* | ATTNY: | Robin Farnsworth |
| AGENT: | | VIOL: | 21:952 |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD 50,000 Corp Surety |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: APD

BOND SET @ $25,000 Corp. + 100,000 PSB

CO-SIGNATURES: Son + ex husband

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents. *M. Miami*
4) Rpt to PTS as directed for 3 x's a week/month by phone; 1 x's a week/month in person. — *can be relaxed*
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: S/FL
12) Halfway House
    Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

A — advised of charges
A — sworn for counsel
A — sworn

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 11-30-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |

DATE: 11-20-00   TIME: 11:00am   TAPE # 00-090   PG # 5

2720-2894
00-091