# UNITED STATES DISTRICT COURT
## Southern District of Florida

NOV 2 2

| UNITED STATES OF AMERICA<br>Plaintiff | Case Number: CR _____ |
|---|---|
| V.S.<br><br>LAZARO A. RODRIGUEZ<br>Defendant | REPORT COMMENCING<br>CRIMINAL ACTION<br><br>55557-004 |
| TO: Clerk's Office    Miami    (Ft. Lauderdale)    W. Palm Beach<br>U.S. District Court    (Circle One) | |

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A"

(1) Date and Time of Arrest: __11/20/00__  __11:45 PM__

(2) Language Spoken: __ENGLISH__

(3) Offense(s) Charged: 21USC952-UNLAWFUL IMPORTATION OF NARCOTICS

   21USC841(A) - POSS. W/H INTENT TO DISTR. NARCOTICS

(4) U.S. Citizen    ( ) Yes    (X) No    ( ) Unknown

(5) Date of Birth: __05/03/63__

(6) Type of Charging Document: (Check One)
   ( ) Indictment    ( ) Complaint    (To be filed) Already filed

   CASE# _____
   ( ) Bench Warrant for Failure to Appear
   ( ) Probation Violation Warrant
   ( ) Parole Violation Warrant

   Originating District: __S/Fla__
   COPY OF WARRANT LEFT WITH BOOKING OFFICER ( ) YES  (X) NO

   Amount of Bond: $ __PTD__    Who set Bond: __Seltzer__

(7) Remarks: _____

(8) Date: __11/20/00__  (9) Arresting Officer: __EDDIE CRUZ__
(10) Agency: U.S. CUSTOMS SERVICE  (11) PHONE: __921-3509__
(12) Comments: _____

UNITED STATES DISTRICT COURT
Southern District of Florida

NOV 2 2

55554-004

| UNITED STATES OF AMERICA | Case Number: CR |
|---|---|
| Plaintiff | 00-4266-Snow |
| V.S. | REPORT COMMENCING CRIMINAL ACTION |
| Margot George | |
| Defendant | |

TO: Clerk's Office   Miami   (Ft. Lauderdale)   W. Palm Beach
U.S. District Court           (Circle One)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A"

(1) Date and Time of Arrest: 111800 / 0200

(2) Language Spoken: english

(3) Offense (s) Charged: 21USC952-UNLAWFUL IMPORTATION OF NARCOTICS
    21USC841(A) - POSS. W/H INTENT TO DISTR. NARCOTICS

(4) U.S. Citizen   (X) Yes   ( ) No   ( ) Unknown

(5) Date of Birth: 071752

(6) Type of Charging Document:   (Check One)
    ( ) Indictment   (X) Complaint   To be filed/Already filed

    CASE# _____
    ( ) Bench Warrant for Failure to Appear
    ( ) Probation Violation Warrant
    ( ) Parole Violation Warrant

    Originating District: Southern District of Florida
    COPY OF WARRANT LEFT WITH BOOKING OFFICER ( ) YES   ( ) NO

Amount of Bond: $_____ Who set Bond: _____
(7) Remarks: _____

(8) Date: 111800   (9) Arresting Officer: Cac. Aro
(10) Agency: U.S. CUSTOMS SERVICE   (11) PHONE (954) 921-3504
(12) Comments: _____