# APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. JURISDICTION | | 2. MAG. DOCKET NO. | 3. DIST. CT. DOCKET NO. | VOUCHER NO. 0963709 |
|---|---|---|---|---|
| 1. ☐ MAG. 2 ☐ DIST. 3 ☐ APPEALS 4 ☐ OTHER | | | | |
| 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) | 6. LOC. CODE | 7. CHARGE/OFFENSE (U.S. or other code citation) | 7A. CASE CODE |

**8. IN THE CASE OF** ... vs ...
**9. PERSON REPRESENTED (FULL NAME)**
**9A. NO. REPRES.**

**10. PERSON REPRESENTED (STATUS)**
1 ☐ DEFENDANT—ADULT  3 ☐ APPELLANT  5 ☐ OTHER
2 ☐ DEFENDANT—JUVENILE  4 ☐ APPELLEE

**11. PROCEEDINGS (Describe briefly)**

**12. PAYMENT CATEGORY**
A ☒ FELONY  C ☐ PETTY OFFENSE  E ☐ OTHER
B ☐ MISDEMEANOR  D ☐ APPEAL

**13. COURT ORDER**
O ☐ Appointing Counsel  F ☐ Subs. for FD
C ☐ Co-Counsel  R ☐ Subs. for Retained Atty.
P ☐ Subs. for Panel Atty. _____ Name of prior panel attorney

Appt. Date _____ Voucher No _____

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 14 is appointed to represent this person in this case.

► Sig. of Presiding Judicial Officer or By Order of Court (Clerk/Deputy)

► _____ Date of Order  ► _____ Nunc Pro Tunc Date

**14. FULL NAME OF ATTORNEY/PAYEE (First Name, M.I., Last Name, Including Suffix) AND MAILING ADDRESS**

**15. WORK PHONE**
**16A.** Does the attorney have the preexisting agreement (see Instructions) with a corporation, including a professional corporation?  ☐ Yes ☐ No
**16B. SOCIAL SECURITY NO.** (Only provide per instructions)
**16C. EMPLOYER I.D. NO.** (Only provide per instructions)
**16D. NAME AND MAILING ADDRESS OF LAW FIRM** (Only provide per instructions)

## CLAIM FOR SERVICES OR EXPENSES

| | SERVICE | HOURS | DATES | |
|---|---|---|---|---|
| 17. IN COURT | a. Arraignment and/or Plea | | | Multiply rate per hour times total hours to obtain "In Court" compensation. Enter total below. 17A. TOTAL IN COURT COMP. |
| | b. Bail and Detention Hearings | | | |
| | c. Motions Hearings | | | |
| | d. Trial | | | |
| | e. Sentence Hearings | | | |
| | f. Revocation Hearings | | | |
| | g. Appeals Court | | | |
| | h. Other (Specify on additional sheets) | | | |
| | (Rate per hour = _____) TOTAL HOURS = | | | $ |
| 18. OUT OF COURT | a. Interviews and conferences | | | Multiply rate per hour times total hours. Enter total "out of court" compensation below. 18A. TOTAL OUT OF COURT COMP. |
| | b. Obtaining and reviewing records | | | |
| | c. Legal research and brief writing | | | |
| | d. Travel time (Specify on additional sheets) | | | |
| | e. Investigative and other work (Specify on additional sheets) | | | |
| | (Rate per hour = _____) TOTAL HOURS = | | | $ |
| 19. EXPENSES | TRAVEL, LODGING, MEALS ETC. | AMOUNT | OTHER EXPENSES | AMOUNT | 19A. TOTAL TRAVEL EXP. |
| | | | | | 19B. TOTAL OTHER EXP. $ |
| | | | | | 20. GRAND TOTAL CLAIMED $ |

**21. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD** _____ TO _____
F ☐ Final Payment  I ☐ Interim Payment No _____
Has compensation and/or reimbursement for work in this case previously been applied for? ☐ YES ☐ NO
If yes, were you paid? ☐ YES ☐ NO  If yes, by whom where you paid? _____ How much? _____ Has the person represented paid any money to you, or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation? ☐ YES ☐ NO
If yes, give details on additional sheets _____
I swear or affirm the truth or correctness of the above statements ►

SIGNATURE OF ATTORNEY/PAYEE _____ DATE _____

| 22. IN COURT COMP | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSE | 25. OTHER EXPENSES | 26. TOTAL AMT APPROVED/CERT |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

APPROVED FOR PAYMENT
27. SIGNATURE OF PRESIDING JUDICIAL OFFICER _____ DATE _____ 27A. JUDGE/MAG CODE _____
28. SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE) _____ DATE _____ 29. TOTAL AMT APPROVED $ _____

**COPY 4 - FILED IN COURT'S CASE FILE AFTER CLERK ENTERS APPOINTMENT DATA**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4266-Seltzer

UNITED STATES OF AMERICA,  :

          Plaintiff,  :

v.  :

MARGOT GEORGE,  :

          Defendant.  :

_____:



### DEFENDANT'S INVOCATION OF RIGHTS TO
### SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials,



or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *[signature]*

Patrick M. Hunt
Assistant
Federal Public Defender
Florida Bar No. 571962
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 21st day of November, 2000, to the office of the United States Attorney, Fort Lauderdale, Florida.

*[signature]*
Patrick M. Hunt