UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6332** CR-DIMITROULEAS

21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
21 U.S.C. § 952(a)
21 U.S.C. § 963
18 U.S.C. § 2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

v.

LAZARO RODRIGUEZ
and
MARGOT KARDOS GEORGE,

Defendants.
_____/



FILED by __ D.C.
NOV 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about November 17, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**LAZARO RODRIGUEZ**
**and**
**MARGOT KARDOS GEORGE**,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); all in

violation of Title 21, United States Code, Section 963.

## COUNT II

On or about November 17, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**LAZARO RODRIGUEZ**
**and**
**MARGOT KARDOS GEORGE**,

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 952(a), and Title 18, United States Code, Section 2.

## COUNT III

On or about November 17, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**LAZARO RODRIGUEZ**
**and**
**MARGOT KARDOS GEORGE**,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury to possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT IV

On or about November 17, 2000, at Broward County, in the Southern District of Florida, the

defendants,

**LAZARO RODRIGUEZ**
and
**MARGOT KARDOS GEORGE**,

did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| LAZARO RODRIGUEZ, et al, | **Superseding Case Information:** |

**Court Division:** (Select One)

New Defendant(s)    Yes ____    No ____
Number of New Defendants ____
Total number of counts ____

____ Miami   ____ Key West
X  FTL    ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) NO_____
   List language and/or dialect  _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)        (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | X____ | Petty | | ____ |
| II | 6 to 10 days | ____ | Minor | | ____ |
| III | 11 to 20 days | ____ | Misdem. | | ____ |
| IV | 21 to 60 days | ____ | Felony | | X____ |
| V | 61 days and over | ____ | | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) YES_____
   If yes:
   Magistrate Case No.  00-4266-BSS and 00-4270-BSS
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of 11/18/00
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes  X  No    If yes, was it pending in the Central Region? __ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes  X  No

_____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171

*Penalty Sheet(s) attached                                    REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __LAZARO RODRIGUEZ_____   No.:_____

MAG. NO. 00-4270-BSS

**Count #:1**
Conspiracy to Import Cocaine

Title 21, United States Code, Sections 952(a) and 963

*Max. Penalty: 20 Years' Imprisonment and a $1,000,000 fine

**Count #: 2**
Importation of Cocaine

Title 21, United States Code, Section 952 (a)

*Max. Penalty: 20 Years' Imprisonment and a $1,000,000 fine

**Count #: 3**
Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Sections 841(a) and 846

*Max. Penalty: 20 Years' Imprisonment and a $1,000,000 fine

**Count #: 4**
Possession with Intent to Distribute cocaine

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: 20 Years' Imprisonment and a $1,000,000 fine

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

1 of 1

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: MARGOT KARDOS GEORGE         No:
MAG. NO. 00-4266-BSS

**Count #:1**
Conspiracy to Import Cocaine

Title 21, United States Code, Sections 952(a) and 963

*Max. Penalty: 20 Years' Imprisonment and a $1,000,000 fine

**Count #: 2**
Importation of Cocaine

Title 21, United States Code, Section 952 (a)

*Max. Penalty: 20 Years' Imprisonment and a $1,000,000 fine

**Count #: 3**
Conspiracy to Possess with Intent to Distribute Cocaine

Title 21, United States Code, Sections 841(a) and 846

*Max. Penalty: 20 Years' Imprisonment and a $1,000,000 fine

**Count #: 4**
Possession with Intent to Distribute cocaine

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: 20 Years' Imprisonment and a $1,000,000 fine

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

1 of 1
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96