| | | | |
|---|---|---|---|
| DEFT: | Lazaro Rodriguez (J)# | CASE NO: | 00-6332-CR-Dimitrouleas ~~00-4270-DSS~~ |
| AUSA: | Bertha Mitrani /Larry | ATTY: | Richard Docobo *present* |
| AGENT: | Bardfeld | VIOL: | |

PROCEEDING: ~~Prelim~~/Arraignment/ PTD HEARING    BOND REC: _____

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

____ BOND SET @ _____ # 200,000 Corp. Surety w/

CO-SIGNATURES: _____ Nelida

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PIS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered      DEC 1 -2000
Jury trial demanded
Standing Discovery Order requested

No Bond hrg held - both sides stipulate to a $500,000 CSB w/ Nelida reserving rights to proceed w/ PTD hrg at a later date

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE:  12-15-00   11:00 am   WPD/BSS
DATE: 12-1-00   TIME: 10:00am  11:40   TAPE # 00-0396   PG # 2456-2587