UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6332-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Lazaro Rodriguez

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on   12-1-00   , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:   Address: In Custody

Telephone: _____

DEFENSE COUNSEL:   Name: Richard Docobo

Address: _____

Telephone: _____

BOND SET/~~CONTINUED~~ tent.: $ 200,000 Corp. Surety w/ nebbia-both sides
reserving rights to proceed w/PTD hearing at a later date.
Bond hearing held: yes____ no_X_ Bond hearing set for _____

Dated this __1__ day of __December__, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-096

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

