UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

    V.                    CASE NO. 00-6332-CR-DIMITROULEAS

LAZARO RODRIGUEZ
MARGOT KORDOS GEORGE

TYPE OF CASE:            CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.         COURTROOM 203E
FT. LAUDERDALE, FL 33301      DATE & TIME:
                                          **January 3, 2001 AT 9:00 A.M.**
                                 **(Previously set for January 5, 2001 at 9:00 )**

TYPE OF        CALENDAR CALL/STATUS CONFERENCE
HEARING:

                                       CLARENCE MADDOX,
                                       CLERK OF COURT

DATE: December 6, 2000            BY DEPUTY CLERK

cc:    Bertha Mitrani, AUSA
       Richard Docobo, Esq.
       Federal Public Defender's Office

