HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __LAZARO RODRIGUEZ_____ CASE NO: __00-**6**332-CR-DIMITROULEAS__
AUSA __BERTHA MITRANI__ /Bardfeld  ATTY __RICHARD DOCOBO__   00-066
Lopez for Hunt
FPD for MARGOT GEORGE

plisc out - Cal call 1-3, Jan 2 w/due @ 3024

DEFT _____GARY CARLISLE_____ CASE NO: __~~00-6316-CR-FERGUSON~~__
AUSA _____TERRY THOMPSON__ /Bardfeld ATTY  FPD — Lopez for Smargon
Disc handed out in open court                           @ 2975
will be a trial m/due 12/29

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DATE __12/15/00_____ TIME __11:00_____

