UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6332-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,          :

       Plaintiff,                  :

v.                                 :

LAZARO RODRIGUEZ,                  :

       Defendant.                  :
_____



**STATUS REPORT**

       A status conference was held in this cause on December 15, 2000.  At that conference, the parties informed the Court as follows:

       1.  Discovery was sent prior to the status conference, but not yet received by counsel.

       2.  Counsel for the defendants shall have until January 2, 2001, within which to file pretrial motions.

       DATED at Fort Lauderdale, Florida, this 15th day of December, 2000.

                                        /s/ Lurana S. Snow
                                        LURANA S. SNOW
                                        CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bertha Mitrani (FTL)
Richard Docobo, Esq.
AFPD Pat Hunt (FTL)

