UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6332-CR-DIMITROULEAS

UNITED STATES OF AMERICA,  :

v.  :

LAZARO RODRIGUEZ  :
and
MARGOT KARDOS GEORGE,  :

Defendants.  :
_____/



NIGHT BOX
FILED
DEC 19 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### UNITED STATES' FIRST SUPPLEMENTAL
### RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this first supplemental response to the Standing Discovery

Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure

16, and is numbered to correspond with Local Rule 88.10.

    A    6.    A laboratory analysis of the substance seized in connection has been provided to defense counsel together with this discovery response.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33394
Tel: 954/ 356-7255
Fax: 954/356-7336



**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail on December 19, 2000 to

Patrick Hunt
Assistant Federal Public Defender
Office of the Federal Public Defender
101 N.E. 3rd Avenue; Ste 202
Fort Lauderdale, Florida 33301

Richard Decobo, Esquire
1101 Brickell Avenue
Suite 1801
Miami, Florida 33131

                                          Bertha R. Mitrani
                                          Assistant United States Attorney

2