## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6332-CR-WPD    DATE: January 3, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Rosario Rodriguez

U.S. ATTORNEY: Bertha Mitrani    DEFT. COUNSEL: Richard Docobo

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Richard Docobo not present. Court reschedules Calendar Call for Monday @ 9:15

CASE CONTINUED TO: 1/8/01    TIME: 9:15    FOR: Calendar Call & for Change of Plea

MISC: _____