**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6332-CR-WPD    DATE: January 8, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  Rogers Rodriguez

U.S. ATTORNEY: Bruna Mitani    DEFT. COUNSEL: Richard Docobo

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Dft's motion to continue is granted. Court resets the case and finds the time from today until trial deemed excludable. Case most likely to be resolved by way of plea.

---

CASE CONTINUED TO: 1/19/01    TIME: 9:00    FOR: Cal Call
MISC: 1/22/01    2 week trial period.

