**CRIMINAL MINUTES**

FILED ___ D.C.
JAN 1 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6332-CR-WPD    DATE: January 19, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Lazaro Rodriguez

U.S. ATTORNEY: Bertha Mitrani    DEFT. COUNSEL: Richard Jacobo

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's motion to Continue is granted. Case to be resolved by way of plea. Court Continues case until Tuesday

CASE CONTINUED TO: 1/23/01    TIME: 1:30    FOR: ~~~~

MISC: _____    Change of plea