**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: _00-6332-CR-WPD_     DATE: _January 23, 2001_

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS. _Lazaro Rodriguez_

U.S. ATTORNEY: _Bertha Mitrani_     DEFT. COUNSEL: _Richard Dacaso_

REASON FOR HEARING: _Change of plea_

RESULT OF HEARING: ✱ _plea did not go forward_
_as Richard Dacaso is on trial in_
_Miami. Court Resets the hearing_

_____

_____

_____

_____

CASE CONTINUED TO: _1/31/01_     TIME: _10:30_     FOR: _Change of_
MISC: _____     _plea or_
     _Cal. Call_