**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6332-CR-WPD    DATE: January 29, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Rogero Rodriguez

U.S. ATTORNEY: Bertha Mitrani    DEFT. COUNSEL: Richard Docobo

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft Sworn and Questioned by the Court. Deft to plead Guilty to Count 2. Gvt agrees to dismiss Counts 1, 3 & 4 at time of sentencing. Court accepts Guilty plea.

CASE CONTINUED TO: 4/13/01    TIME: 10:30    FOR: Sentencing

MISC: written plea agreement filed.

