## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS



FILED D.C.
APR 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6332-CR-WPD    DATE: April 13, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: ~~Bob Ryckoff~~ Anita Kalaca

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Vargero Rodriguez

U.S. ATTORNEY: Bertha Mitrani    DEFT. COUNSEL: Richard Docobo

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 37 months BOP, 3 years Supervised Release, no fine, $100.00 Assessment

Court recommends designation to South Florida facility, and that deft receive substance abuse treatment while in prison.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft informed of Right to Appeal

