# United States District Court

## Southern District of Florida
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **V.** <br><br> **LAZARO RODRIGUEZ** | **JUDGMENT IN A CRIMINAL CASE** <br> (For Offenses Committed On or After November 1, 1987) <br><br> **Case Number:    00-6332-CR-WPD** <br> Counsel For Defendant: **Richard Docobo, Esq.** <br> Counsel For The United States: **Bertha Mitrani, AUSA** <br> Court Reporter: **Anita LaRocca** |

**THE DEFENDANT:**

[X]  **pleaded guilty to count(s)    Two**

[ ]  pleaded nolo contendere to count(s)
     which was accepted by the court.

[ ]  Was found guilty on count(s)
     after a plea of not guilty

FILED by _____ D.C.

APR 1 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD

| Title & Section <br> Number(s) | Nature of Offense | Date Offense <br> Concluded | Count |
|---|---|---|---|
| 21 USC § 952(a) | Importation of Cocaine into the <br> United States | <br> 11/17/2000 | <br> Two |

The defendant is sentenced as provided in pages 2 through __8__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s)

[X]  Count(s)    1,3,4 (are) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **5/3/1963**
Defendant's USM Number: **55557-004**

Defendant's Residence Address:
  Federal Detention Center
  33 NE 4th Street
  Miami, FL 33132

Defendant's Mailing Address:
  Federal Detention Center
  33 NE 4th Street
  Miami, FL 33132

**April 13, 2001**
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
**United States District Judge**

Date: April 13, 2001

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U. S. District Court
Southern District of Florida
By _____
Date 4/13/01     Deputy Clerk

USDC FLSD 245B (Rev. 9/00) Sheet 2 - Imprisonment

DEFENDANT: **RODRIGUEZ, LAZARO**
CASE NUMBER: **00-6332-CR-WPD**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of       37 Months.

[X]  **The Court makes the following recommendations to the Bureau of Prisons:** that the defendant be designated to a facility in south Florida and that he receive substance treatment while in prison.

[X]  **The defendant is remanded to the custody of the United States Marshal.**

[ ]  The defendant shall surrender to the United States Marshal for this district.

  [ ]  At          A.m. / p.m. on

  [ ]  as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

  [ ]  Before 2:00 p.m. on

  [ ]  as notified by the United States Marshal.

  [ ]  As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  5-17-01  To  BOP  FCI  Miami

at  Miami  FL , with a certified copy of this judgment.

Ed Gonzalez, Warden
~~UNITED STATES MARSHAL~~

By  Tina Nolan, LE
~~Deputy U.S. Marshal~~