# IN THE UNITED STATES DISTRICT COURT

LAZARO ANTONIO RODRIGUEZ,)
           Petitioner,)
v. )
          )
UNITED STATES OF AMERICA,)
          Respondent.

Court of Appeals No. _____

District Court No. 00-6332-CR-DIMITROULEAS

## Motion and Affidavit for Leave to Appeal In Forma Pauperis

**PLEASE PRINT:** I, **LAZARO ANTONIO RODRIGUEZ**, due to my poverty, hereby move to proceed on appeal without being required to prepay fees or give security therefor. I believe I am entitled to redress, and I would present the following issues on appeal (attach additional pages if necessary): A WAIVER OF DEPORTATION AND A SUSPENSION OF THE DETAINMENT ORDER currently pending against me which has been issued by the United States Immigration And Naturalization Service per authority of the United States Department Of Justice.

**YOU MUST ANSWER ALL OF THE FOLLOWING QUESTIONS REGARDING ABILITY TO PAY**

1. Are you presently employed or self-employed? **XXX** Yes _____ No
   a. If yes, state amount of earnings per month: $ 5.25
   b. If no, state date of last employment and amount of earnings per month:
   Date: _____ $ Per Month: _____

2. Within the past 12 months have you received any income from a business, rent payments, interest, dividends, or any other source? **XXX** Yes _____ No.
   If yes, describe each source of income, and state amount received from each source during the past 12 months:
   Prison Work Detail: $52.50; Money Orders from family/friends: $225.00

3. Total of funds in your possession or control: $ **$7.59**

*IF INCARCERATED, YOU MUST HAVE YOUR PRISON ACCOUNT BALANCE VERIFIED ON REVERSE*

4. Do you have a checking, savings, or other financial account? _____ Yes **XXX** No. If yes, state total amount: $ _____

5. Do you own any real estate, stocks, bonds, notes, automobiles, jewelry, or other valuable property (excluding ordinary household furnishings and clothing)? _____ Yes **XX** No.
   If yes, describe the property and state its approximate value: _____

6. Name the dependents whom you financially support and your relationship to them (e.g., parent):
   None, due to my current incarceration.

I swear (or affirm) under penalty of perjury that my statements and responses above are complete and truthful.

April 18, 2002
Date

_____
Signature

MISC-2
7/96

*Filed stamp: 2002 APR 24 PM 1:55 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FL.-FTL.*

### Instructions to Inmates of Correctional Institutions

The motion and affidavit on the reverse must be accompanied by a verified financial statement of the inmate's prison account balance prepared by the institution. Please submit this form <u>to your institution</u> for completion of the financial statement <u>before sending</u> the motion and affidavit to the Court for filing.

### FINANCIAL STATEMENT OF INMATE'S PRISON ACCOUNT *

I certify that according to the records on file in this institution, the figures set out below are the approximate average daily balances in the account of inmate _____Lazaro Rodriguez_____
Name

for the previous three months.

| | Month | Balance |
|---|---|---|
| 1. | 10-9-01 | 58.94 |
| 2. | 12-19-01 | 127.13 | 
| 3. | 4-12-02 | 7.57 |

_____
Authorized Officer of Institution

_____4-18-02_____
Date

\*<u>Note to Authorized Officer of Institution:</u>

The institution may choose the easiest way to respond, either by completing the Financial Statement above showing the approximate average daily balances in the prisoner's account for each of the previous three months, or by attaching a computer printout or copy of a ledger card which contains account information for the previous three months.

```
                                              ACCOUNT
                                              STATEMENT
FCI MIAMI *LIMITED OFFICIAL USE*              DATE 04/18/02
15801 S.W. 137TH AVENUE                       PAGE No. 01
MIAMI, FLORIDA
           33177
                              c/o CASHIER
                              F.C.I. MIAMI
                            15801 SW 137th AVE
                             MIAMI, FL 33177
                                              Account # 55557004

           RODRIGUEZ, LAZARO ANTONIO
           B
```

| ----BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | 53.69 | .00 | .00 | .00 | 53.69 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| SEP01P | 9:58 | 10-09-01 | PERFORMANCE PAY | 5.25 | 58.94 |
| 000036 | 13:03 | 10-10-01 | SALE / REGULAR | 15.85- | 43.09 |
| T01975 | 13:01 | 10-29-01 | MONEY ORDER | 75.00 | 118.09 |
| 000020 | 11:52 | 10-31-01 | SALE / REGULAR | 8.25- | 109.84 |
| T02232 | 13:28 | 10-31-01 | MONEY ORDER | 50.00 | 159.84 |
| 000031 | 12:22 | 11-07-01 | SALE / REGULAR | 12.00- | 147.84 |
| OCT01P | 13:42 | 11-08-01 | PERFORMANCE PAY | 5.25 | 153.09 |
| 1101 | 14:01 | 11-08-01 | FIN. RESP. ACT | 25.00- | 128.09 |
| NOV01P | 13:36 | 12-06-01 | PERFORMANCE PAY | 8.64 | 136.73 |
| 000043 | 12:24 | 12-19-01 | SALE / REGULAR | 9.60- | 127.13 |
| T07115 | 13:44 | 12-27-01 | MONEY ORDER | 100.00 | 227.13 |
| 000110 | 15:30 | 01-03-02 | SALE / REGULAR | 58.40- | 168.73 |
| DEC02P | 11:01 | 01-09-02 | PERFORMANCE PAY | 8.34 | 177.07 |
| 000080 | 15:13 | 01-10-02 | SALE / REGULAR | 44.75- | 132.32 |
| JAN02P | 9:13 | 02-08-02 | PERFORMANCE PAY | 9.96 | 142.28 |
| 000051 | 14:50 | 02-14-02 | SALE / REGULAR | 63.90- | 78.38 |
| FEB02P | 15:42 | 03-08-02 | PERFORMANCE PAY | 9.00 | 87.38 |
| MAR02 | 9:26 | 03-11-02 | FIN. RESP. ACT | 75.00- | 12.38 |
| MAR02P | 9:59 | 04-10-02 | PERFORMANCE PAY | 5.64 | 18.02 |
| 000074 | 14:14 | 04-12-02 | SALE / REGULAR | 10.45- | 7.57 |

```
                       **** TRANSACTION TOTAL ****      46.12-
```

| -----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | 7.57 | .00 | .00 | .00 | 7.57 |