UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LAZARO ANTONIO RODRIGUEZ,         CASE NO.: 00-6332-CR-DIMITROULEAS
       Petitioner,

vs.

UNITED STATES OF AMERICA,
       Respondent.

_____/

## NOTICE OF APPEAL

    **COMES NOW,** LAZARO ANTONIO RODRIGUEZ, Alien Registration Number A14947316, hereafter known as Petitioner, in a pro se action to this court of appropriate jurisdiction.

    Petitioner requests the Court to take notice of his intent to file an appeal pursuant to 28 U.S.C. §2241 for a <u>WAIVER OF DEPORTATION AND A SUSPENSION OF THE DETAINMENT ORDER</u> currently pending. This order has been issued by the United States Immigration And Naturalization Service per authority of the United States Department Of Justice.

    Petitioner also asks that the Clerk Of The Court takes note of the attached MOTION AND AFFIDAVIT FOR LEAVE TO APPEAL IN FORMA PAUPERIS along with a copy of his Inmate Account Financial Balance Statement which is required to be submitted to the Court before the filing of said appeal.



**Unnotarized Oath**                                              April 18, 2002

    Under penalties of perjury, I declare that I have read the foregoing notice and that all the facts and information stated therein are true.

_____<br>Lazaro A. Rodriguez, pro se

### Certificate Of Service

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was mailed via the U.S. Postal Service with proper prepaid postage from the Federal Correctional Institution; Post Office Box: 779800; Miami, Florida 33177 to: Clarence Maddox, CLERK Of The Court For The U.S. District Court, Southern District Of Florida (Fort Lauderdale Division); 299 East Broward Blvd., Room #108; Ft. Lauderdale, Fla. 33301 and to: The U.S. Department Of Justice, Executive Office For Immigration Review/Board Of Immigration Appeals; 10th And Constitution, N.W.; Washington, D.C. 20857.

_____<br>Lazaro A. Rodriguez, pro se