UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LAZARO ANTONIO RODRIGUEZ,   CASE NO. 00-6332-CR-DIMITROULEAS

   Petitioner,

vs.

UNITED STATES OF AMERICA,

   Respondent.
_____/

FILED by ___ D.C.
APR 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING IN FORMA PAUPERIS STATUS

THIS CAUSE having come before this Court on the Defendant's pro se April 18, 2002 Motion For Leave to Appeal in Forma Pauperis, the Court grants the motion as far as declaring Petitioner[1] in forma pauperis status.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of April, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Lazaro Rodriguez, #55557-004
c/o FCI - 15801 S.W. 137th Avenue
Miami, Florida 33177

Bertha Mitrani, AUSA

---

[1] No petition under 28 U.S.C. § 2241 was filed under this case number. Rodriguez was sentenced by this court over one year ago.

