UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LAZARO ANTONIO RODRIGUEZ,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 00-6332-CR-DIMITROULEAS

FILED by _____ D.C.

JUN 20 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## *AMENDED* ORDER GRANTING IN FORMA PAUPERIS STATUS

THIS CAUSE having come before this Court on the Defendant's *pro se* April 18, 2002 Motion For Leave to Appeal in Forma Pauperis, the Court grants the motion as far as declaring Petitioner[1] in *forma pauperis* status, for purposes of waiving the fee for filing an appeal only, not to order copies of any transcripts.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 20 day of June, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Lazaro Rodriguez, #55557-004
c/o FCI - 15801 S.W. 137th Avenue
Miami, Florida 33177

Bertha Mitrani, AUSA

---

[1] No petition under 28 U.S.C. § 2241 was filed under this case number. Rodriguez was sentenced by this court over one year ago.

