

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

July 10, 2002

RE: 02-12286-E    USA v. Lazaro Rodriguez
DC DKT NO.: 00-06332 CR-WPD

TO:   Clarence Maddox

CC:   Richard Docobo

CC:   Anne R. Schultz

CC:   Bertha R. Mitrani

CC:   Guy A. Lewis

CC:   Administrative File

CC:   Administrative File



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

July 10, 2002

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale  FL  33301

RE: 02-12286-E        USA v. Lazaro Rodriguez
DC DKT NO.: 00-06332 CR-WPD



REC'D by _____ D.C.

JUL 15 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued in lieu of the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Gloria Powell (404) 335-6184

Encl.

DIS-4  (6-2002)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 02-12286-E

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAZARO RODRIGUEZ,

Defendant-Appellant.

Appeal from the United States District Court for the
Southern District of Florida

Before: **ANDERSON, BARKETT and WILSON, Circuit Judges.**

BY THE COURT:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Appellant's notice of appeal does not indicate an intent to appeal to this Court. See Fed.R.App.P. 3(c); Smith v. Barry, 502 U.S. 244, 248 112 S.Ct. 678, 681-82, 116 L.Ed.2d 678 (1992). No motion for reconsideration may be filed unless it complies with the timing and other requirements of Eleventh Circuit Rule 40-4 and all other applicable rules.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: /s/
Deputy Clerk
Atlanta, Georgia